IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JULIA ROBERTS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BRIAN ADAMS, and STAN SHEPARD,<br><br>　　　Defendants. | CIVIL ACTION NO.: 5:24-cv-49 |

**O R D E R**

The parties filed a Joint Motion to Stay. Doc. 8. The parties state a related state court action has preliminarily settled and the settlement of that case, when finalized, should resolve this cause of action. The parties seek a stay of 30 to 60 days to allow for the finalization of settlement in the related state court action and the filing of a stipulation of dismissal in this case. Id. at 1. Upon review, the Court **GRANTS** the Joint Motion and **STAYS** the proceedings in this case for 60 days, or up to and including December 30, 2024. If the parties have not filed a joint stipulation of dismissal by December 30, 2024, they are to advise the Court of the status of the related state court action at that time.

**SO ORDERED**, this 7th day of November, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA