IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JULIA ROBERTS, | |
| Plaintiffs, | CIVIL ACTION NO.: 5:24-cv-49 |
| v. | |
| BRIAN ADAMS, and STAN SHEPARD, | |
| Defendants. | |

**O R D E R**

Plaintiff and Defendant Shepard filed a second Joint Motion to Stay. Doc. 10. These parties explain that a related state court action has preliminarily settled and the settlement of that case, when finalized, should resolve this cause of action.[1] However, some dispute remains regarding assignment of amounts from the settlement. Id. at 2. As such, Plaintiff and Defendant Shepard request a stay of 60 additional days to allow for the finalization of settlement in the related state court action and the filing of a stipulation of dismissal in this case. Defendant Adams has not responded, and the time to do so has expired. Accordingly, the Court **GRANTS** the parties' Motion as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."). The Court **STAYS** the proceedings in this case for 60 days, or up to and including February 28, 2025. If the parties

---

[1] I previously granted the parties' first joint motion to stay this case on the same grounds. Doc. 9. That stay expired on December 30, 2024.

have not filed a joint stipulation of dismissal by February 28, 2025, they are to advise the Court of the status of the related state court action at that time.

**SO ORDERED**, this 21st day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA